IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-92-028-CR




RICKY ALLEN COOPER,


 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT



NO. 39,820, HONORABLE RICK MORRIS, JUDGE



 




PER CURIAM


 This is an appeal from an order revoking probation.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. Ann.
59(b) (Pamph. 1992).



[Before Chief Justice Carroll, Justices Aboussie and B. A. Smith]

Dismissed On Appellant's Motion

Filed: April 15, 1992

[Do Not Publish]








April 15, 1992






Mr. Ricky Allen Cooper

c/o Bell County Jail

P. O. Box 1129

Belton, Texas 76513


Honorable James T. Russell

Administrative Assistant

Bell County District Attorney's Office

P. O. Box 540

Belton, Texas 76513


 Re: No. 3-92-028-CR--Ricky Allen Cooper v.
The State of Texas (t/c no. 39,820)


Counsel:


In accordance with Rule 91, Texas Rules of Appellate Procedure, enclosed is a copy of the
opinion and judgment handed down by this Court on this date in the above cause.


The Court's mandate has been issued this date to the clerk of the trial court under separate cover.


 Very truly yours,


 W. KENNETH LAW, CLERK



 By

 Barbara E. Chapman, Deputy

Enclosures


xc: State Prosecuting Attorney

 Clerk, Court of Criminal Appeals

 Honorable Rick Morris, District Judge

 Mrs. Daffy Carpenter, District Clerk

 TRIAL COURT NO. 39,820



THE STATE OF TEXAS.


TO THE 146TH DISTRICT COURT of BELL COUNTY - GREETINGS:


 Before our COURT OF APPEALS, on the 15th of April A.D. 1992, the cause upon
appeal to revise or reverse your Judgment between




 RICKY ALLEN COOPER, Appellant,

No. 3-92-028-CR vs. 

 THE STATE OF TEXAS, Appellee,


was determined; and therein our said COURT OF APPEALS made its orders in these words:


THIS CAUSE came on to be heard on the transcript of the record of the court below, and the
same being considered, because it is the opinion of this Court that there was no error in the
judgment: IT IS ORDERED, ADJUDGED and DECREED by the Court that the judgment be
in all things affirmed; that the appellant pay all costs in this behalf expended; and that this
decision be certified below for observance.


 WHEREFORE, We command you to observe the order of said COURT OF APPEALS
in this behalf and in all things have it duly recognized, obeyed and executed.

 

 WITNESS the HONORABLE JIMMY CARROLL, Chief
Justice of our said COURT OF APPEALS for the Third
District of Texas, with the seal thereof annexed, at the City
of Austin, this the 15th day of April A.D. 1992.


 W. KENNETH LAW, CLERK




 by:  , Deputy

    Barbara E. Chapman








April 15, 1992






Mrs. Daffy Carpenter

District Clerk

Bell County Courthouse

104 S. Main

Belton, Texas 76513

 Re: No. 3-92-028-CR--Ricky Allen Cooper v. State of
Texas

 (t/c no. 39,820)


Dear Mrs. Carpenter:


Enclosed, with reference to the above cause, is the mandate of this Court. Please acknowledge
your receipt of same by returning the enclosed card to this office, appropriately completed.


Your cooperation in this regard is appreciated.


 Very truly yours,


 W. KENNETH LAW, CLERK



 by

 Barbara E. Chapman, Deputy


Enclosures to Clerk


xc: Mr. Ricky Allen Cooper

 Honorable James T. Russell, Administrative Assistant,

 Bell County District Attorney's Office